556

**EAST BAY UNION OF MACHINISTS, LOCAL, 1304, UNITED STEELWORKERS OF AMERICA, AFL-CIO, etc., et al., Plaintiffs-Appellants,**

v.

**FIBREBOARD PAPER PRODUCTS CORPORATION, a corporation, Defendant-Appellee.**

No. 23317.

United States Court of Appeals, Ninth Circuit.

Dec. 10, 1970.

Jay A. Darwin (argued), of Darwin & Riordan, San Francisco, Cal., for appellants.

E. Judge Elderkin (argued), Marion B. Plant, of Brobeck, Phleger & Harrison, San Francisco, Cal., for appellee.

Before MERRILL, BROWNING, and KILKENNY, Circuit Judges.

## ORDER

The judgment is affirmed for the reasons stated in the district court's opinion. East Bay Union of Machinists, Local 1304 v. Fibreboard Paper Products Corp., 285 F.Supp. 282 (N.D.Cal.1968).

**Cleveland WOODS, Plaintiff-Appellee,**

v.

**Elliot RICHARDSON, Secretary of Health, Education and Welfare, Defendant-Appellant.**

No. 29770.

United States Court of Appeals, Fifth Circuit.

Dec. 30, 1970.

Rehearing Denied March 10, 1971.

Kathryn H. Baldwin, Patricia Baptiste, Attys., Department of Justice, Washington, D. C., William D. Ruckelshaus, Asst. Atty. Gen., Seagal V. Wheatley, U. S. Atty., for appellant.

Mack Kidd, Garey, Colbert & Kidd, Austin, Tex., for appellee.

Before JONES, GEWIN and CLARK, Circuit Judges.

PER CURIAM:

The decision by this Court of this appeal is controlled by King v. Finch, Secretary, 5th Cir. 1970, 428 F.2d 709 (1970). This precedent requires that the judgment of the district court be reversed. The judgment of the district court is reversed and the cause is remanded for the entry of a judgment affirming the decision of the Secretary.

Reversed and remanded.